JOHN T. DWANE, Respondent, *v.* BERLIN & JONES COM-
PANY, INC., Appellant, Impleaded with Another.

*Commissions — services — action to recover commissions on yearly profits
of corporation — Federal income tax not deducted before computation.*

*Dwane* v. *Berlin & Jones Co., Inc.,* 223 App. Div. 712, affirmed.

(Argued May 1, 1928; decided May 11, 1928.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered February 20, 1928, affirming a judgment in favor

of plaintiff entered upon the report of a referee. The action was to recover commissions on the yearly profits of defendant corporation alleged to be due for services rendered. The only question was whether Federal income taxes should be deducted before the commissions were computed.

*Charles I. Taylor* and *Thomas H. Beardsley* for appellant. *Frank S. Gannon, Jr.,* and *M. A. Willment* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.